## MACK COX v. STATE.
### No. A-1078. Opinion Filed June 15, 1912.
#### Appeal from Carter County Court;
#### M. F. Winfrey, Judge.

Mack Cox was convicted of violating the prohibitory law, and appeals. Affirmed.

Sigler & Howard, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, Mack Cox, was convicted in the county court of Carter county, at the January, 1911, term, on a charge of selling intoxicating liquor, and adjudged to pay a fine of two hundred dollars and be confined in the county jail for a period of ninety days. We have carefully considered the record and briefs in this case. The issue is a pure question of fact, and we do not feel that the verdict of the jury should be disturbed. The judgment of the trial court is affirmed.